ALBERTO LOPEZ, Respondent, v. GUY LOOMIS, Appellant, Impleaded with

Another.— Order so far as appealed from modified by granting items 3 and 4 in full, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.